Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

FILED '23 02 06 AM09:25 MDGA-MAC

___Macon___ Division

| | |
|---|---|
| - Terrance Turner - <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Dapeer, Rosenbilt, Litvak LLP Lawyers, Partners of law firm <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 5:23cv-58 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*   ☐ Yes   ☑ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 108 Orchard Lane |
   | City and County | Centerville and Houston |
   | State and Zip Code | Georgia, 31028 |
   | Telephone Number | (703) 831-7596 |
   | E-mail Address | LegalProfessional2022@GMail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Dapeer, Rosenblit, Litvak LLP Lawyers |
| Job or Title *(if known)* | Partners of lawfirm |
| Street Address | 11500 W. Olympic Blvd, Suite 550 |
| City and County | Los Angeles |
| State and Zip Code | CA and 90064 |
| Telephone Number | (310) 477-5575 |
| E-mail Address *(if known)* | ralvarado@drllaw.com,mlmartinez@drllaw.com,wlitvak@drllaw.com |

Defendant No. 2

| | |
|---|---|
| Name | Barrett and Farahany |
| Job or Title *(if known)* | Law firm |
| Street Address | 3344 Peachtree Road NE, Suite 800 |
| City and County | Atlanta |
| State and Zip Code | GA and 30326 |
| Telephone Number | (404) 214-0120 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Barrett and Farahany |
| Job or Title *(if known)* | Law firm |
| Street Address | P.O. Box 530092 |
| City and County | Atlanta |
| State and Zip Code | GA and 30353 |
| Telephone Number | (404) 214-0120 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | USSOCOM, FBI, CIA, NSA, Geo Spatial, GCHQ |
| Job or Title *(if known)* | Trump White House |
| Street Address | Secret Service |
| City and County | USPS |
| State and Zip Code | FedEx |
| Telephone Number | Pfizer |
| E-mail Address *(if known)* | Merck |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
UK Maritime Common Law, US Juridiction Common Law, Breach of Contract, US Business Law, US Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166
18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
2020 Georgia Code Title 16- Crimes and Offenses Chapter 7, 8, 9, 14

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Virginia.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* Service Zero, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)*
    Virginia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* N/A -------- N/A, is a citizen of the State of *(name)* N/A -------- N/A. Or is a citizen of *(foreign nation)* N/A -------- N/A.

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)*   N/A -------- N/A,

and has its principal place of business in *(name)*   North America.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$5,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I applied to the law firm as a paralegal with a standing resume which is attached to the end of the legal brief that follows this form, to a litigation attorney, litigation lawyer, non-paralegal role. Because of the quality of the resume and my presented skills, interviewed at the attorney position and thoroughly was (threatening breach of contract because I did not confirm) admonished for not being an attorney, and was threatened repeatedly, summarily to be hung up on if I did not confess to being an attorney. Instead of a paralegal role, the parnter attorney, law firm manager, demanded that I accept a role of COO equivalent operations office manager and COULD NOT be hired as a paralegal, offerred this brand new created role and immaterially lost the role due to personal invasive...

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

...background check non-requirement, to personally phone managers at stated employed company. Asked repeatedly for structure, architecture, organization organized detail information about stated employed company as intellectual property theft attempt to boost competency and company efficiency at this law firm at the threat of closing the interview. Seeking $5,000,000M USD for lost future wages, even though I promised to bring in cases that I know about that would earn them millions upon millions of dollars

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Illegal Contracting, Contracting in Bad Faith, Unilateral Contracting, Contract not conform to equitable standard of business and Uniform Commercial Code, Duty of Loyalty, Duty of Care, Unconscionable Payment System

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/16/2023

Signature of Plaintiff
Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 01/16/2023

Signature of Attorney
Printed Name of Attorney: Terrance Turner
Bar Number: 431170989
Name of Law Firm: Service Zero Professional Services
Street Address: ~
State and Zip Code: Reston, VA 20190
Telephone Number: (703) 831-7596
E-mail Address: LegalProfessional2022@GMail.com