IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRANCE TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:23-cv-58 (MTT) |
| | ) |
| DAPEER ROSENBILT LITCAK LLP LAWYERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 8, 2023, the Court ordered Turner to either pay the $402.00 filing fee or complete a proper Middle District of Georgia non-prisoner application to proceed *in forma pauperis*. Doc. 3. The Court further cautioned Turner that failure to comply with the Court's order may result in dismissal of his case. *Id.* Nonetheless, Turner failed to list his monthly expenses in his recast application, choosing instead to state under oath that the "FBI says don't fill this out." Doc. 5 ¶ 8. That statement is patently false. In his affidavit in support of his application, Turner acknowledges that "a false statement may result in a dismissal of [his] claims." *Id.* at 1. Further, Turner has violated the Court's February 8, 2023 order that directed him to file a proper application to proceed *in forma pauperis*. Accordingly, Turner is **ORDERED** to show cause, no later than **February 24, 2023**, why the Court should not dismiss his case for making a false statement under oath and for failure to comply with the Court's order. Failure to comply with this order will result in dismissal.

**SO ORDERED**, this 14th day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT